UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Myrna B. Tagayun,
Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012
973-253-7737

CIVIL ACTION

United States District Court
for the District of Columbia
Docket No.: _____

Plaintiffs

vs.

Federal Home Loan Mortgage
Corporation a/k/a "Freddie
Mac"; Bank of America, N.A.;
State of New Jersey; City
of Clifton, New Jersey;
Borough of Hawthorne, New
Jersey.

COMPLAINT

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil



Addresses:
Freddie Mac: 401 9th Street,
N.W., Suite 600, Washington, D.C.
20004
Bank of America, N.A.: 1000 Crossways
Parkway, Getzville, NY
State of New Jersey: Office of Attorney
General, P.O. Box 080, Trenton, NJ
08625
City of Clifton, New Jersey: 900 Clifton
Avenue, Clifton, NJ 07011
Borough of Hawthorne, New Jersey: 445
Lafayette Avenue, Hawthorne, NJ 07506

Defendants

Plaintiffs complain as to defendants as follows:

### FIRST CAUSE OF ACTION

On or about June 1, 2001 Myrna Tagayun entered into a mortgage and

note given to defendant Bank of America, N.A. (hereinafter "BA") pur-

suant to the purchase of a primary personal residence at 57 Prospect

Street, Clifton, New Jersey. After June 1, 2001, and prior to May 5,

2005, BA sold and conveyed the mortgage and note in their entireties

to Federal Home Loan Mortgage Corporation (hereinafter "Freddie Mac").

As of the date of sale and conveyance from BA to Freddie Mac, BA held

no further legal or equitable interest in or title to the mortgaged premises. BA continued to act as the 'loan servicer' for Freddie Mac, essentially the collection agent for mortgage installment payments, conveying same to Freddie Mac, together with other received payments for property taxes and insurance. On sale and conveyance of the mortgage and note, neither BA nor Freddie Mac notified the Register of Passaic County, New Jersey of said sale and conveyance, and Freddie Mac failed and refused to record the mortgage and note in its own behalf.

On or about May 5, 2005 BA, operating through a "designated counsel" selected by Freddie Mac, that counsel designated as "Zucker, Goldberg, and Ackerman, LLC" of Mountainside, New Jersey, proceeded to file a fraudulent mortgage foreclosure action against Myrna Tagayun and her spouse, Robert S. Mandell. Over the course of the following fourteen months, until eviction from the premises on or about July 12, 2006, BA and Freddie Mac repeatedly and persistently represented to the Chancery Division of the Superior Court of New Jersey that BA was the real party in interest, with sole and sufficient standing to sue for foreclosure. This fraud and charade was willingly accepted by the Superior Court of New Jersey, Chancery Division, Passaic County, nothwithstanding overwhelming proofs provided to the Chancery Division, by defendants Tagayun and Mandell, demonstrating perpetration of the fraud by BA and Freddie Mac. As a direct result of the fraud and conspiracy by BA and Freddie Mac, with the willing ccoperation of the Superior Court of New Jersey, Chancery Division, Passaic County, Myrna Tagayun and Robert S. Mandell were evicted from their

primary residence on or about July 12, 2006.

During the course of the legal proceedings ending in foreclosure, Mandell and Tagayun became aware of State of New Jersey policies and procedures concerning foreclosure actions, which prevented access to a fair and impartial tribunal. And in fact, plaintiffs here have obtained documentary proof of suasion by the Chancery Division, Superior Court of New Jersey to prevent the matter from proceeding under federal rules, and federal statutes, in the United States District Court for the District of New Jersey. Copies of appropriate documents have allready been lodged with appropriate federal law enforcement and legislative authorities. In sum defendants BA, Freddie Mac, and the State of New Jersey have and do operate a 'racket' as defined under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. 1961 et seq, as such pertains to the judicial process permitted and promoted in furtherance of rapid, wholesale foreclosure actions, using straw man nominees (in this case BA) as plaintiffs, without regard to demonstrated standing as the real parties in interest. These three defendants further have acted individually, jointly, and conspiratorily to deprive Tagayun and Mandell of their rights under color of law, pursuant to 42 U.S.C. 1983.

## SECOND CAUSE OF ACTION

During the course of the foreclosure proceedings before the Chancery Division, Superior Court of New Jersey, Tagayun and Mandell became aware that the City of Clifton, New Jersey had assigned and directed an official employee, one "Russomanno" to conduct illegal searches

of the residential premises, said searches consisting of repeated
vehicular 'driveby' and taking of unauthorized photographs of the
premises. This "Russomanno" acted under authority and instruction
of the City of Clifton, New Jersey in conducting these illegal
searches.

These illegal searches resulted in the "Russomanno" individual
issuing a series of eight or nine summonses on February 22, 2006
and May 18, 2006, all purporting alleged violations of **City of
Clifton, New Jersey** local municipal ordinances. All such summonses
were delivered to Tagayun and Mandell without proper service of
process, by regular mail, in violation of both City of Clifton,
New Jersey, and Superior Court of New Jersey Rules of Court con-
cerning acceptable service of process. Copies of the local ordinance
summonses are attached as **Exhibit A.** Tagayun and Mandell notified
the City of Clifton and its Municipal Court that proper service
had not taken place. The City of Clifton New Jersey and the Muni-
cipal Court of the City of Clifton New Jersey disregarded such
notice, attempting to proceed further in the matter. At a later
date, specifically August 14, 2006, the Municipal Court of the
City of Clifton New Jersey served Tagayun with a mailed notice
that all nine summonses were transferred to the venue of the
**Borough of Hawthorne, New Jersey,** without regard to the fact
that the **Borough of Hawthorne, New Jersey** had and has **NO SUBJECT
MATTER JURISDICTION OVER THE LOCAL MUNICIPAL ORDINANCES OF THE
CITY OF CLIFTON NEW JERSEY, SAID ORDINANCES ENFORCEABLE AND
ADJUDICABLE ONLY WITHIN THE MUNICIPAL BOUNDARY AND COURT OF
THE CITY OF CLIFTON NEW JERSEY, UNLESS TAGAYUN WAIVED THE
RIGHT TO PROPER VENUE. TAGAYUN GAVE NO CONSENT TO DO SO, AND**

**WAS NOT ASKED TO GIVE CONSENT BY PLAINTIFF'S COUNSEL.**
The Borough of Hawthorne, New Jersey and its Muncipal Court have
persisted in assuming subject matter jurisdictional authority to
adjudicate the City of Clifton New Jersey summonses. Since the
"change of venue" on August 14, 2006, and a personal appearance
by Tagayun on or about September 7, 2006, the Municipal Court of
the Borough of Hawthorne New Jersey has persisted in the matter
of the nine City of Clifton New Jersey summonses, most recently
scheduling an appearance on **March 27, 2008 at 4:00 P.M.**, after
procedural matters concerning a prior Removal and Appeal had
concluded. Tagayun and her spouse Mandell in privity with her,
derived from prior spousal residence in the summonsed premises,
claim the Borough of Hawthorne New Jersey acts to deprive plain-
tiffs here of their 'due process' right to proceedings in the
proper venue, and conducts this deprivation under color of law
pursuant to 42 U.S.C. 1983.
The City of Clifton New Jersey is further claimed to have violated
plaintiffs due process rights through the conduct of repeated
illegal photographic searches of the residential premises, the
issuance of summonses based upon those illegal searches, and
the denial due process in failing to effect proper service of
process of the issued summonses, pursuant to both City of Clifton
New Jersey and State of New Jersey Superior Court requirements.
The City of Clifton New Jersey further denied plaintiffs due
process by summary change of venue of the matter, without con-
sent of the summonsed party, to a venue which is without subject
matter jurisdiction over the ordinances of the City of Clifton
New Jersey. The City of Clifton New Jersey has acted in violation

of plaintiffs rights as set forth hereinabove, under color of
law, pursuant to 42 U.S.C. 1983.

**RELIEF DEMANDED**

**As to BA, Freddie Mac, and State of New Jersey**

1. Plaintiffs demand five hundred thousand dollars compensatory
damages, and fifty million dollars punitive damages from Bank of
America.

2. Plaintiffs demand five hundred thousand dollars compensatory
damages, and five hundred million dollars punitive damages from
Federal Home Loan Mortgage Corporation, a/k/a "Freddie Mac"

3. Plaintiffs demand two hundred fifty thousand dollars compensa-
tory damages, and twenty-five million dollars punitive damages
from the State of New Jersey, respondeat superior for the Superior
Court of New Jersey and its Chancery Division.

**As to City of Clifton, New Jersey and Borough of Hawthorne, New Jersey**

1. Plaintiffs demand five hundred thousand dollars compensatory
damages, and five million dollars punitive damages from the City
of Clifton, New Jersey

2. Plaintiffs demand two million dollars compensatory damages,
and twenty-five million dollars punitive damages from the Borough
of Hawthorne, New Jersey.

**JURY TRIAL IS DEMANDED ON ALL COUNTS
AND AS TO ALL RELIEF SOUGHT**

PAGE SEVEN

_____

**Myrna B. Tagayun**
**1360 Clifton Avenue, #275**
**Clifton, New Jersey 07012**


_____

**Robert S. Mandell**
**1360 Clifton Avenue, #275**
**Clifton, New Jersey 07012**


**Dated: March 19, 2008**

EXHIBIT A

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 010601 | 900 Clifton Ave. Clifton, NJ 07013 |

**The State of New Jersey**
**vs.**

Defendant's Name: First *Myrna* Initial *Tagayun* Last
Address: *57 Prospect st Clifton*
State | Zip Code | Telephone | SOCIAL SECURITY NUMBER
Birth Date: Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions
Driver's License #
State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF    PASSAIC                )SS:

Complaining Witness *Russomanno Housing* (Name)
of            (Identify Dept/Agency Represented)    (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the  Month  Day *4/4/06* Year  Time
in    CLIFTON    County of    PASSAIC    N.J.
did commit the following offense: *Failure to repair gate to driveway + fence*

In violation of (one charge only) *273-11(K)*
(Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE    Describe Location *57-59 Prospect st*

OATH: Subscribed and sworn to before me this day of 2006 | CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. OR

(Signature of Complaining Witness)
(Signature of Person Administering Oath)    (Signature of Complaining Witness) (Date)

**PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS**

Probable cause is found for the issuance of this Complaint-Summons.
YES / NO (Signature of Judicial Officer)
YES / NO (Signature of Judge)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**YOU ARE HEREBY SUMMONED TO APPEAR**
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST

**NOTICE TO APPEAR**

COURT APPEARANCE REQUIRED | COURT DATE | Month *4* | Day *3* | Year *06* | Time *9 00* AM/PM

(Date Summons Issued)    (Signature of Person Issuing Summons)
Complaint-Summons                    SF-1 (12-03)

---

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 010602 | 900 Clifton Ave. Clifton, NJ 07013 |

**The State of New Jersey**
**vs.**

Defendant's Name: First *Myrna* Initial *Tagayun* Last
Address: *57 Prospect st Clifton*
State | Zip Code | Telephone | SOCIAL SECURITY NUMBER
Birth Date: Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions
Driver's License #
State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF    PASSAIC                )SS:

Complaining Witness *Russomanno Housing* (Name)
of            (Identify Dept/Agency Represented)    (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the  Month  Day *4/4/06* Year  Time
in    CLIFTON    County of    PASSAIC    N.J.
did commit the following offense: *Failure to remove garbage + keep exterior premises clean*

In violation of (one charge only) *273-12 (G)*
(Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE    Describe Location *57-59 Prospect st*

OATH: Subscribed and sworn to before me this day of 2006 | CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment. OR

(Signature of Complaining Witness)
(Signature of Person Administering Oath)    (Signature of Complaining Witness) (Date)

**PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS**

Probable cause is found for the issuance of this Complaint-Summons.
YES / NO (Signature of Judicial Officer)
YES / NO (Signature of Judge)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**YOU ARE HEREBY SUMMONED TO APPEAR**
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST

**NOTICE TO APPEAR**

COURT APPEARANCE REQUIRED | COURT DATE | Month | Day *3* | Year *06* | Time *00* AM/PM

(Date Summons Issued)    (Signature of Person Issuing Summons)
Complaint-Summons                    SF-1 (12-03)

**FILED**

08 0476    MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 010603 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First _____ Initial _____ Last

*Myrna Tagayun*

Address: *57 Prospect St Cliff*

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License # _____  State _____ Exp. Date _____

STATE OF NEW JERSEY
COUNTY OF PASSAIC }SS:

Complaining Witness: *Russomanno* (Name)

of *Housing* (Identify Dept/Agency Represented) (Badge No.)

Residing at _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the *2/14/06* Month Day Year Time

in CLIFTON MUNI 1602 CODE County of PASSAIC N.J.

did commit the following offense: *Failure to remove abandoned / unregistered Vehicles from property*

DESCRIPTION OF OFFENSE

in violation of (one charge only) *461-3.1 FB (19)* (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _____  Detailed Location: *5239 Prospect St*

OATH: Subscribed and sworn to before me this _____ day of _____ yr _____

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.  [OR]

(Signature of Complaining Witness)

_____ (Date)

(Signature of Person Administering Oath)    (Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

YES / NO (Signature of Judicial Officer)

[ ] The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO (Signature of Judge)

## YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED. A WARRANT MAY BE ISSUED FOR YOUR ARREST

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month 4 | Day 3 | Year 06 | Time 9 00 | AM/PM |
|---|---|---|---|---|---|---|

*2/22/06*
(Date Summons Issued)    (Signature of Person Issuing Summons)
Complaint-Summons

SF-1 (12-03)

**LEFT FORM**

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | | 811226 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First _Myrna_ Initial Last _Tagayun_

Address _1199 Main ave Clifton Suites_

State | Zip Code | Telephone SOCIAL SECURITY NUMBER

Birth Date: Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions

Driver's License #  State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF PASSAIC )SS:

Complaining Witness _Russomanno_ (Name)

of _Housing_ (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the _5/10/06_ Month Day Year Time

in CLIFTON MUN 1602 CODE County of PASSAIC N.J.

did commit the following offense: _Abandoned - unregistered vehicle_

in violation of (one charge only) _461-13.1B.10_ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _57-59 Prospect st._ Describe Location

OATH: Subscribed and sworn to before me this _9_ day of _5_ yr _06_ OR

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

(Signature of Complaining Witness)

(Date)

(Signature of Person Administering Oath) (Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

YES / NO (Signature of Judicial Officer)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO (Signature of Judge)

### YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED A WARRANT MAY BE ISSUED FOR YOUR ARREST

#### NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED | COURT DATE Mo _5_ Day _18_ Yr _06_ Time _9:00_ AM/PM

_5/18/06_ (Date Summons Issued)

(Signature of Person Issuing Summons)

Complaint-Summons SF-1 (12-03)

---

**RIGHT FORM**

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | | 811224 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First _Myrna_ Initial Last _Tagayun_

Address _1199 Main ave Clifton_ Suites

State | Zip Code | Telephone SOCIAL SECURITY NUMBER

Birth Date: Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions

Driver's License #  State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF PASSAIC )SS:

Complaining Witness _Russomanno_ (Name)

of _Housing_ (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the _5/10/06_ Month Day Year Time

in CLIFTON MUN 1602 CODE County of PASSAIC N.J.

did commit the following offense: _Trim Back tree Branches away from Structure_

in violation of (one charge only) _273-12 C 59 Prospect St._ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _57-59 Prospect st_ Describe Location

OATH: Subscribed and sworn to before me this _9_ day of _5_ yr _06_ OR

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

(Signature of Complaining Witness)

(Date)

(Signature of Person Administering Oath) (Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

YES / NO (Signature of Judicial Officer)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO (Signature of Judge)

### YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED A WARRANT MAY BE ISSUED FOR YOUR ARREST

#### NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED | COURT DATE Mo _5_ Day _10_ Yr _06_ Time _9:00_ AM/PM

_5/18/06_ (Date Summons Issued)

(Signature of Person Issuing Summons)

Complaint-Summons SF-1 (12-03)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 0112173 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

**Defendant's Name:** First _Myrna_   Last _Tagayun_

Address _1414 Main ave Clifton Suite 5_

State / Zip Code / Telephone

SOCIAL SECURITY NUMBER

Birth Date: Mo. / Day / Yr. / Sex / Eyes / Height / Restrictions

Driver's License #

State / Exp. Date

STATE OF NEW JERSEY
COUNTY OF _____ PASSAIC _____ )SS;

Complaining Witness _Russomanno_ (Name)

of _Housing_ (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge, information and belief, the named defendant on or about the _5/1/06_ Month Day Year Time

in CLIFTON _1992_ County of PASSAIC N.J.

did commit the following offense: _Remove Trip Hazard from Sidewalk_

DESCRIPTION OF OFFENSE

in violation of (one charge only) _273-12(u)_ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _510 Prospect St_ Detailed Location

OATH: Subscribed and sworn to before me this _18_ day of ____ yr _06_

(Signature of Complaining Witness)

(Signature of Person Administering Oath)

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

(Date)

(Signature of Complaining Witness)

## PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

YES / NO (Signature of Judicial Officer)

YES / NO (Signature of Judge)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED A WARRANT MAY BE ISSUED FOR YOUR ARREST

### NOTICE TO APPEAR

| ☐ COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time | CAM / PM |
|---|---|---|---|---|---|---|
| | | 7 | 10 | 06 | 9 00 | |

_5/18/06_ (Date Summons Issued)

(Signature of Person Issuing Summons)

Complaint-Summons

SF-1 (12-03)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 011220 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First _Murng_  Initial _Tacayun_  Last

Address _1971 Main cive. E Ciffton  sub 5_

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

| Driver's License # | | | | | | State | Exp. Date |
|---|---|---|---|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF _PASSAIC_                    )SS;

Complaining Witness: _Russomanno_ (Name)

of _Housing_ (Identify Dept/Agency Represented)  (Badge No.)

Residing at _____

by certification or on oath, says that to the best of his/her knowledge, information and belief, the
named defendant on or about the _5_

| | Month | Day | Year | Time |
|---|---|---|---|---|
| in _CLIFTON_ _1602_ | | | | |

County of _PASSAIC_, N.J.

did commit the following offense: _Parking on_
_lawn (DESCRIPTION OF OFFENSE)_

In violation of (one charge only) _461-60 J_ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _Describe Location_ _54 St / Prospect St_

OATH: Subscribed and sworn to before me
this _18_ day of _May_ , yr _06_

OR

CERTIFICATION: I certify that the fore-
going statements made by me are true. I am
aware that if any of the foregoing state-
ments made by me are wilfully false, I am
subject to punishment.

(Signature of Complaining Witness)

_Holmes_
(Signature of Person Administering Oath)

_____
(Date)

_____
(Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS:
**COURT USE ONLY**              **LAW ENFORCEMENT USE ONLY**

Probable cause is found for the issuance of
this Complaint-Summons.

| YES | _Holmes_ |
| NO | (Signature of Judicial Officer) |

| YES | |
| NO | (Signature of Judge) |

The complaining witness is a law
enforcement officer and a judicial
probable cause determination is not
required prior to the issuance of this
Complaint-Summons.

## YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT. IF YOU FAIL TO APPEAR ON THE DATE
AND AT THE TIME STATED, A WARRANT MAY BE ISSUED FOR YOUR ARREST

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time |
|---|---|---|---|---|---|
| | | 7 | 10 | 06 | 9  00 |

_5/18/06_
(Date Summons Issued)

_Holmes_
(Signature of Person Issuing Summons)

Complaint-Summons                                    SF-1 (12-03)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 011221 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

**Defendant's Name:** First _Miyng_    Initial    Last _Tacayun_

Address _____ ain ave Clifton Suite 5

| State | Zip Code | Telephone | | |
|---|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License #

| | | | | | State | Exp. Date |
|---|---|---|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF _____ PASSAIC _____ )SS;

Complaining Witness _Russomenico_ (Name)

of _Housing_ (Identify Dept/Agency Represented)    (Badge No.)

Residing at _____

by certification or on oath, says that to the best of his/her knowledge or information and belief, the named defendant on or about the

| Month | Day | Year | Time |
|---|---|---|---|

In **CLIFTON** ____ 1602 ____ County of **PASSAIC** N.J.

did commit the following offense: _Repair driveway update_

_223-11 (K)_

In violation of (one charge only) ____ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE    Describe Location _57-59 Prospect st_

**OATH:** Subscribed and sworn to before me this ___ day of _S_ , yr _06_

**CERTIFICATION:** I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

**OR**

(Signature of Complaining Witness)    (Date)

(Signature of Person Administering Oath)    (Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS
**COURT USE ONLY**    **LAW ENFORCEMENT USE ONLY**

Probable cause is found for the issuance of this Complaint-Summons.

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO    (Signature of Judicial Officer)

YES / NO    (Signature of Judge)

## YOU ARE HEREBY SUMMONED TO APPEAR
BEFORE THIS COURT TO ANSWER THIS COMPLAINT IF YOU FAIL TO APPEAR ON THE DATE AND AT THE TIME STATED A WARRANT MAY BE ISSUED FOR YOUR ARREST

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time |
|---|---|---|---|---|---|
| ☐ | | 9 | 10 | 06 | 9 w |

_5/18/06_
(Date Summons Issued)    (Signature of Person Issuing Summons)

Complaint-Summons    SF-1 (12-03)

**EXHIBIT B**

CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006--05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTER(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.

SC 2006 010601

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.**
**Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.**

*status conference*

STATE V. MYRNA  TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM - 4:00PM



08 0476

**FILED**

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006--05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JHAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.         COMPLAINT NO.         COMPLAINT NO.

COMPLAINT NO.         COMPLAINT NO.         COMPLAINT NO.

SC 2006 010602

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.**
**Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.**

*Status conference.*

STATE V. MYRNA   TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM  4:00PM



CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006 - 05:30 PM
ROOM - 0001

JUDGE - SCOTT J BENNION

DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.         COMPLAINT NO.         COMPLAINT NO.         COMPLAINT NO.

SC  2006 011217       SC  2006 011220       *Status Conference.*
SC  2006 011218       SC  2006 011221
SC  2006 011219

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.
Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.**

STATE J. MYRNA  TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5058
8:30AM - 4:00PM



CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006---05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.

SC 2006 010603

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.**
**Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.**

*Status conference.*

STATE V. MYRNA   TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM - 4:00PM

CHANGE IN COURT DATE

NEW COURT DATE – 09/07/2006 ––05:30 PM
ROOM – 0001
JUDGE – SCOTT J BENNION
DATE OF NOTICE – 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.       COMPLAINT NO.       COMPLAINT NO.       COMPLAINT NO.

SC 2006 011229

This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.
Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.

Status confirmed.

STATE V. MYRIA TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM – 4:00PM



**EXHIBIT C**

# MUNICIPAL COURT
## Borough of Hawthorne
445 Lafayette Ave.
Hawthorne, NJ 07506
<u>(973) 427-4767</u>
*John F. Meola, Judge*
*Christine Oravetz, C.M.C.A.*
*Joyce Comerro, Deputy Court Administrator*

*February 1, 2008*

Myrna Tagayun
1360 Clifton Avenue # 275
Clifton, New Jersey 07012

Re: State vs. Myrna Tagayun
Complaint # SC-010601, SC-010602, SC-010603, SC-011217, SC-011218, SC-011219, SC-011220, SC-011221, SC-011229
(CHANGE OF VENUE FROM CLIFTON)

Dear Ms. Tagayun,

Please be advised that the court matters listed above have been scheduled for **Thursday, February 14, 2008 at 4:00Pm.**

Very truly yours,
*Christine Oravetz*
Christine Oravetz, CMCA

08 0476

# FILED

MAR 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# MUNICIPAL COURT
## Borough of Hawthorne
445 Lafayette Ave.
Hawthorne, NJ 07506
(973) 427-4767
*John F. Meola, Judge*
*Christine Oravetz, C.M.C.A.*
*Joyce Comerro, Deputy Court Administrator*

*February14, 2008*

Myrna Tagayun
1360 Clifton Avenue # 275
Clifton, New Jersey 07012

Re: State vs. Myrna Tagayun
Complaint #  SC-010601, SC-010602, SC-010603, SC-011217, SC-011218, SC-011219, SC-011220, SC-011221, SC-011229

Dear Ms. Tagayun,

Please be advised that the court matters listed above have been rescheduled for **Thursday, March 27, 2008 at 4:00Pm.**

Very truly yours,

Christine Oravetz, CMCA

JS-44
(Rev.1/05 DC)

F 08-476 JR

**I. (a) PLAINTIFFS** Myrna Tagayun, Robert S. Mandell

**DEFENDANTS** Freddie Mac; Bank of America; State of NJ; City of Clifton NJ Borough of Hawthorne, NJ

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)
Passaic County, New Jersey 88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Pro Se
1360 Clifton Avenue, #275
Clifton, NJ 07012 (973) 253-7737

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil

**II. BASIS OF JURISDICTION**
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

**III CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CASE ASSIGNMENT AND NATURE OF SUIT**
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

☐ **A. Antitrust**
☐ 410 Antitrust

☐ **B. Personal Injury/ Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

☐ **C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

☐ **D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

☐ **E. General Civil (Other)** OR ☒ **F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

☐ **G.** *Habeas Corpus/*
*2255*

☐ **530 Habeas Corpus-General**
☐ **510 Motion/Vacate Sentence**

☐ **H.** *Employment*
*Discrimination*

☐ **442 Civil Rights-Employment**
**(criteria: race, gender/sex,**
**national origin,**
**discrimination, disability**
**age, religion, retaliation)**

***(If pro se, select this deck)****

☐ **I.** *FOIA/PRIVACY*
*ACT*

☐ **895 Freedom of Information Act**
☐ **890 Other Statutory Actions**
**(if Privacy Act)**

***(If pro se, select this deck)****

☐ **J.** *Student Loan*

☐ **152 Recovery of Defaulted Student**
**Loans (excluding veterans)**

☐ **K.** *Labor/ERISA*
*(non-employment)*

☐ **710 Fair Labor Standards Act**
☐ **720 Labor/Mgmt. Relations**
☐ **730 Labor/Mgmt. Reporting &**
**Disclosure Act**
☐ **740 Labor Railway Act**
☐ **790 Other Labor Litigation**
☐ **791 Empl. Ret. Inc. Security Act**

☐ **L.** *Other Civil Rights*
*(non-employment)*

☐ **441 Voting (if not Voting Rights**
**Act)**
☐ **443 Housing/Accommodations**
☐ **444 Welfare**
☐ **440 Other Civil Rights**
☐ **445 American w/Disabilities-**
**Employment**
☐ **446 Americans w/Disabilities-**
**Other**

☐ **M.** *Contract*

☐ **110 Insurance**
☐ **120 Marine**
☐ **130 Miller Act**
☐ **140 Negotiable Instrument**
☐ **150 Recovery of Overpayment &**
**Enforcement of Judgment**
☐ **153 Recovery of Overpayment of**
**Veteran's Benefits**
☐ **160 Stockholder's Suits**
☐ **190 Other Contracts**
☐ **195 Contract Product Liability**
☐ **196 Franchise**

☐ **N.** *Three-Judge Court*

☐ **441 Civil Rights-Voting (if Voting**
**Rights Act)**

**V. ORIGIN**

☒ **1 Original**
**Proceeding**

☐ **2 Removed**
**from State**
**Court**

☐ **3 Remanded from**
**Appellate Court**

☐ **4 Reinstated**
**or Reopened**

☐ **5 Transferred from**
**another district**
**(specify)**

☐ **Multi district**
**Litigation**

☐ **7 Appeal to**
**District Judge**
**from Mag.**
**Judge**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**
18 U.S.C. 1961 et seq & 42 U.S.C. 1983 (Foreclosure racketeering by Freddie Mac
and BA, with complicity of State of New Jersey). 42 U.S.C. 1983 denial of rights
under color of law by City of Clifton NJ and Borough of Hawthorne NJ (ref28USC1367

**VII. REQUESTED IN**
**COMPLAINT**

CHECK IF THIS IS A CLASS
☐    ACTION UNDER F.R.C.P. 23

**DEMAND $**    Check YES only if demanded in complaint
(see complaint) **JURY DEMAND** ☒ **YES**    ☐ **NO**

**VIII. RELATED CASE(S)**
**IF ANY**

(See instruction)

☐ **YES** ☒ **NO**    If yes, please complete related case form.

**DATE** March 19, 2008    **SIGNATURE OF ATTORNEY OF RECORD**    Myrna B. Tagayun/Robert S. Mandell

20

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

