UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Myrna B. Tagayun;<br>Robert S. Mandell<br>1360 Clifton Avenue, #275<br>Clifton, New Jersey 07012<br>973-253-7737<br><br>Plaintiffs<br><br><br>vs.<br><br>Federal Home Loan Mortgage Corp-<br>oration a/k/a "Freddie Mac", 401<br>9th Street, N.W., Washington, D.C.<br>20004; Bank of America, N.A., 101<br>South Tryon Street, Charolotte,<br>NC 28255; State of New Jersey,<br>Office of Attorney General, P.O.<br>Box 080, Trenton, NJ 08625; City<br>of Clifton, New Jersey, 900 Clifton<br>Avenue, Clifton, NJ 07013; Municipal<br>Court, City of Clifton, New Jersey,<br>900 Clifton Avenue, Clifton, NJ<br>07013; Borough of Hawthorne, New<br>Jersey, 445 Lafayette Avenue,<br>Hawthorne, NJ 07506; Municipal Court<br>of the City of Hawthorne, New Jersey,<br>445 Lafayette Avenue, Hawthorne, NJ<br>07506; John F. Meola, Judge, Municipal<br>Court of Hawthorne, New Jersey, 445<br>Lafayette Avenue, Hawthorne, NJ 07506;<br>Scott Bennion, Judge, Municipal Court<br>of the City of Clifton, New Jersey,<br>900 Clifton Avenue, Clifton, NJ 07013<br><br><br>Defendants | United States District Court<br>for the District of Columbia<br>**Docket Number: 1:08-cv-00476 (JR)**<br><br><u>CIVIL ACTION</u><br><br><br><u>AMENDED COMPLAINT</u><br><br><br>**RECEIVED**<br><br>APR - 9 2008<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

Plaintiff complains as to defendants as follows:

### FIRST CAUSE OF ACTION

On or about June 1, 2001 Myrna B. Tagayun entered into a mortgage and
note given to defendant Bank of America, N.A. (hereinafter "BA") pur-
suant to the purchase of a primary residence at 57 Prospect Street,
Clifton, New Jersey. After June 1, 2001, and prior to May 3, 2005, BA
sold and conveyed the mortgage and note in their entireties to Federal
Home Loan Mortgage Coporation (hereinafter "Freddie Mac"). As of the
date of sale and conveyance from BA to Freddie Mac, BA held

no further legal or equitable interest in or title to the mortgaged
premises. BA continued to act as the 'loan servicer' for Freddie
Mac, essentially the collection agent for mortgage installment pay-
ments, conveying same to Freddie Mac, together with other received
payments for property taxes and insurance. On sale and conveyance
of the mortgage and note, neither BA nor Freddie Mac notified the
Register of Passaic County, New Jersey of said sale and conveyance,
and Freddie Mac failed and refused to record the mortgage and note
in its own behalf.

On or about May 5, 2005 BA, operating through a "designated counsel"
selected by Freddie Mac, that counsel designated as "Zucker, Goldberg,
and Ackerman, LLC" of Mountainside, New Jersey, proceeded to file
a fraudulent mortgage foreclosure action against Myrna Tagayun and
her spouse, Robert S. Mandell. Over the course of the following four-
teen months, until eviction from the premises on or about July 12,
2006, BA and Freddie Mac repeatedly and persistently represented
to the Chancery Division of the  Superior Court of New Jersey that
BA was the real party in interest, with sole and sufficient standing
to sue for foreclosure. This fraud and charade was willingly accepted
by the Superior Court of New Jersey, Chancery Division, Passaic
County, nothwithstanding overwhelming proofs provided to the Chancery
Division, by defendants Tagayun and Mandell, demonstrating perpetra-
tion of the fraud by BA and Freddie Mac. As a direct result of the
fraud and conspiracy by BA and Freddie Mac, with the willing ccopera-
tion of the Superior Court of New Jersey, Chancery Division, Passaic
County, Myrna Tagayun and Robert S. Mandell were evicted from their

primary residence on or about July 12, 2006.

During the course of the legal proceedings ending in foreclosure, Mandell and Tagayun became aware of State of New Jersey policies and procedures concerning foreclosure actions, which prevented access to a fair and impartial tribunal. And in fact, plaintiffs here have obtained documentary proof of suasion by the Chancery Division, Superior Court of New Jersey to prevent the matter from proceeding under federal rules, and federal statutes, in the United States District Court for the District of New Jersey. Copies of appropriate documents have allready been lodged with appropriate federal law enforcement and legislative authorities. In sum defendants BA, Freddie Mac, and the State of New Jersey have and do operate a 'racket' as defined under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. 1961 et seq, as such pertains to the judicial process permitted and promoted in furtherance of rapid, wholesale foreclosure actions, using straw man nominees (in this case BA) as plaintiffs, without regard to demonstrated standing as the real parties in interest. These three defendants further have acted individually, jointly, and conspiratorily to deprive Tagayun and Mandell of their rights under color of law, pursuant to 42 U.S.C. 1983.

## SECOND CAUSE OF ACTION

During the course of the foreclosure proceedings before the Chancery Division, Superior Court of New Jersey, Tagayun and Mandell became aware that the City of Clifton, New Jersey had assigned and directed an official employee, one "Russomanno" to conduct illegal searches

of the residential premises, said searches consisting of repeated
vehicular 'driveby' and taking of unauthorized photographs of the
premises. This "Russomanno" acted under authority and instruction
of the City of Clifton, New Jersey in conducting these illegal
searches.

These illegal searches resulted in the "Russomanno" individual
issuing a series of eight or nine summonses on February 22, 2006
and May 18, 2006, all purporting alleged violations of **City of
Clifton, New Jersey** local municipal ordinances. All such summonses
were delivered to Tagayun and Mandell without proper service of
process, by regular mail, in violation of both City of Clifton,
New Jersey, and Superior Court of New Jersey Rules of Court con-
cerning acceptable service of process. Copies of the local ordinance
summonses are attached as **Exhibit A.** Tagayun and Mandell notified
the City of Clifton and its Municipal Court that proper service
had not taken place. The City of Clifton New Jersey and the Muni-
cipal Court of the City of Clifton New Jersey disregarded such
notice, attempting to proceed further in the matter. At a later
date, specifically August 14, 2006, the Municipal Court of the
City of Clifton New Jersey served Tagayun with a mailed notice
that all nine summonses were transferred to the venue of the
**Borough of Hawthorne, New Jersey,** without regard to the fact
that the **Borough of Hawthorne, New Jersey** had and has **NO SUBJECT
MATTER JURISDICTION OVER THE LOCAL MUNICIPAL ORDINANCES OF THE
CITY OF CLIFTON NEW JERSEY, SAID ORDINANCES ENFORCEABLE AND
ADJUDICABLE ONLY WITHIN THE MUNICIPAL BOUNDARY AND COURT OF
THE CITY OF CLIFTON NEW JERSEY, UNLESS TAGAYUN WAIVED THE
RIGHT TO PROPER VENUE. TAGAYUN GAVE NO CONSENT TO DO SO, AND**

**WAS NOT ASKED TO GIVE CONSENT BY PLAINTIFF'S COUNSEL.**

The Borough of Hawthorne, New Jersey and its Muncipal Court have persisted in assuming subject matter jurisdictional authority to adjudicate the City of Clifton New Jersey summonses. Since the "change of venue" on August 14, 2006, and a personal appearance by Tagayun on or about September 7, 2006, the Municipal Court of the Borough of Hawthorne New Jersey has persisted in the matter of the nine City of Clifton New Jersey summonses, most recently scheduling an appearance on **March 27, 2008 at 4:00 P.M.**, after procedural matters concerning a prior Removal and Appeal had concluded. Tagayun and her spouse Mandell in privity with her, derived from prior spousal residence in the summonsed premises, claim the Borough of Hawthorne New Jersey acts to deprive plaintiffs here of their 'due process' right to proceedings in the proper venue, and conducts this deprivation under color of law pursuant to 42 U.S.C. 1983.

The City of Clifton New Jersey is further claimed to have violated plaintiffs due process rights through the conduct of repeated illegal photographic searches of the residential premises, the issuance of summonses based upon those illegal searches, and the denial due process in failing to effect proper service of process of the issued summonses, pursuant to both City of Clifton New Jersey and State of New Jersey Superior Court requirements. The City of Clifton New Jersey further denied plaintiffs due process by summary change of venue of the matter, without consent of the summonsed party, to a venue which is without subject matter jurisdiction over the ordinances of the City of Clifton New Jersey. The City of Clifton New Jersey has acted in violation of plaintiffs rights as set forth hereinabove, under color of law pursuant to 42 U.S.C. 1983.

PAGE SIX

## RELIEF DEMANDED

### As to BA, Freddie Mac, and State of New Jersey

1. As to BA, plaintiffs demand one million dollars compensatory damages, and two hundred fifty million dollars punitive damages.

2. As to Freddie Mac, plaintiffs demand fifty million dollars compensatory damages, and five hundred million dollars punitive damages.

3. As to the State of New Jersey, respondeat superior for the Superior Court of New Jersey, and its Chancery Division, plaintiffs demand twenty-five million dollars compensatory damages, and one hundred million dollars punitive damages.

All above compensatory and punitive damages sought by plaintiffs for deprivation of property rights; victimization pursuant to the conduct of a racketeering activity by the named parties; and severe emotional and psychological injuries.

### As to City of Clifton, New Jersey; Borough of Hawthorne, New Jersey; Municipal Court of the City of Clifton, New Jersey; Municipal Court of the Borough of Hawthorne, New Jersey; Scott Benion, Judge, Municipal Court of the City of Clifton, New Jersey; John F. Meola, Judge, Municipal Court of the Borough of Hawthorne, New Jersey.

1. As to City of Clifton, New Jersey, plaintiffs demand five hundred thousand dollars compensatory damages, and five million dollars punitive damages pursuant to denial of rights under color of law (42 U.S.C. 1983), and for inflicting severe and continuing emotional and psychological injuries.

2. As to the Borough of Hawthorne, New Jersey, respondeat superior for the Muncipal Court of Hawthorne, New Jersey and John F. Meola, Judge of the Municipal Court of the Borough of Hawthorne, New Jersey, plaintiffs demand two million dollars compensatory damages, and

and twenty-five million dollars punitive damages, pursuant to denial of rights under color of law (42 U.S.C. 1983), and for inflicting severe and continuing emotional and psychological injuries.

3. As to the Municipal Court of the City of Clifton, New Jersey and Scott Bennion, Judge, Municipal Court of the City of Clifton, New Jersey, plaintiffs seek relief by way of

a) **Declaratory Judgment finding that plaintiffs here were denied due process of law by defective service under the substantive law of the State of New Jersey and the City of Clifton, New Jersey, and that plaintiffs here were denied United States Constitutional right to protection against illegal search and seizure, in the manner of search of plaintiff's residential premises precedent to issuance of summonses, and;**

b) **Writ of Mandamus to the Municipal Court of the City of Clifton, New Jersey, and Scott Bennion, Judge , Municipal Court of the City of Clifton, New Jersey, barring further prosecution of any and all summonses issued to Myrna Tagayun on February 22, 2006 and May 18, 2006, and dismissing said summonses with prejudice.**

4. As to the Municipal Court of the Borough of Hawthorne, New Jersey and John F. Meola, Judge, Municipal Court of the Borough of Hawthorne, New Jersey, plaintiffs seek relief by way of

a) **Declaratory Judgment finding  that plaintiff Myrna Tagayun was denied due process of law by change of venue without consent for the prosecution of summonses issued to Myrna Tagayun on February 22, 2006 and May 18, 2006, said venue of the Municipal Court of the Borough of Hawthorne, New Jersey having no subject matter juris-dictional authoritty over the municipal ordinances of the City of Clifton, New Jersey, and**

b) **Writ of Mandamus** to the Municipal Court of the Borough of Hawthorne, New Jersey, and John F. Meola, Judge, Municipal Court of the Borough of Hawthorne, New Jersey, ordering immediate cessation of prosecution of summonses issued to Myrna Tagayun by the City of Clifton, New Jersey on February 22, 2006 and May 18, 2006, and further ordering immediate remand of all prosecution on said summonses to the Municipal Court of the City of Clifton, New Jersey, for immediate dismissal.

JURY TRIAL IS DEMANDED ON ALL COUNTS
AND AS TO ALL MONETARY RELIEF SOUGHT

SUMMARY JUDGMENT OR IN THE ALTERNATIVE
JUDGMENT ON THE PLEADINGS IS SOUGHT
AS TO RELIEF OF DECLARATORY JUDGMENT AND
WRITS OF MANDAMUS TO THE MUNICIPAL COURTS
OF CLIFTON AND HAWTHORNE NEW JERSEY
AND SCOTT BENION AND JOHN F. MEOLA, JUDGES OF THOSE COURTS

_____

Myrna B. Tagayun
1360 Clifton Avenue, #275
Clifton, New Jersey 07012
973-253-7737

_____

Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012
973-253-7737

Date: __April 8, 2008_____

**EXHIBIT A**

**Left Complaint**

COURT I.D. **1602**   PREFIX **SC**   COMPLAINT NUMBER **010601**   Municipal Court of Clifton, 900 Clifton Ave., Clifton, NJ 07013

## The State of New Jersey
### vs.

Defendant's Name: First *Myrna* Initial Last *Tagayun*

Address: *37 Prospect st Clifton*

State | Zip Code | Telephone | SOCIAL SECURITY NUMBER

Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions

Driver's License #

State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF PASSAIC )SS:

Complaining Witness *Russomanno*  (Name)

of *Housing* (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge, information and belief, the above named defendant on or about the _____ Day _____ Year _____ Time _____

in CLIFTON MUNICIPAL CODE, County of PASSAIC, N.J.

did commit the following offense: *Failure to repair gate & driveway & fence* (DESCRIPTION OF OFFENSE) *273-11 (K)*

in violation of (one charge only) (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE   Describe Location *37-59 Prospect st*

OATH: Subscribed and sworn to before me this _____

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment. **OR**

(Signature of Complaining Witness)

(Signature of Person Administering Oath) (Signature of Complaining Witness) (Date)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

[YES] (Signature of Judicial Officer)

[NO] (Signature of Judge)

### YOU ARE HEREBY SUMMONED TO APPEAR

NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED   COURT DATE: Month *4* Day *3* Year *06* Time *9* 00 AM/PM

(Date Summons Issued) (Signature of Person Issuing Summons)
Complaint-Summons                SF-1 (12-03)

---

**Right Complaint**

COURT I.D. **1602**   PREFIX **SC**   COMPLAINT NUMBER **010602**   Municipal Court of Clifton, 900 Clifton Ave., Clifton, NJ 07013

## The State of New Jersey
### vs.

Defendant's Name: First *Myrna* Initial Last *Tagayun*

Address: *37 Prospect st Clifton*

State | Zip Code | Telephone | SOCIAL SECURITY NUMBER

Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions

Driver's License #

State | Exp. Date

STATE OF NEW JERSEY
COUNTY OF PASSAIC )SS:

Complaining Witness *Russomanno*  (Name)

of *Housing* (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge, information and belief, the above named defendant on or about the _____ Day _____ Year _____ Time _____

in CLIFTON MUNICIPAL CODE, County of PASSAIC, N.J.

did commit the following offense: *Failure to remove garbage & keep exterior premises clean* (DESCRIPTION OF OFFENSE) *273-12 (G)*

in violation of (one charge only) (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE   Describe Location *37-59 Prospect st*

OATH: Subscribed and sworn to before me this _____

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that, if any of the foregoing statements made by me are willfully false, I am subject to punishment. **OR**

(Signature of Complaining Witness)

(Signature of Person Administering Oath) (Signature of Complaining Witness) (Date)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

[YES] (Signature of Judicial Officer)

[NO]

### YOU ARE HEREBY SUMMONED TO APPEAR

NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED   COURT DATE: Month *4* Day *3* Year *06* Time *9* 00 AM/PM

(Date Summons Issued) (Signature of Person Issuing Summons)
Complaint-Summons                SF-1 (12-03)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 010603 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant: Myrna Tagayun
Address: 57 Prospect St. Clifton

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|
| Driver's License # | | | | | State | Exp. Date | |

STATE OF NEW JERSEY
COUNTY OF PASSAIC )ss:

Complaining Witness: Russomanno
of Housing (Identify Dept/Agency Represented)  (Name)   (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge, information and belief, the
above named defendant on or about the _____ Month _____ Day _____ Year _____ Time
in CLIFTON MUNICIPAL CODE, County of PASSAIC, N.J.
did commit the following offense:

**Failure to remove abandoned & unregistered vehicles from property**

in violation of (one charge only) 461-13.1 F5 (19)
(Statute, Regulation Code or Ordinance Number)

LOCATION OF OFFENSE: 57-59 Prospect St.

OATH: Subscribed and sworn to before me this _____ day of _____ 06

_____
(Signature of Complaining Witness)

Craudle
(Signature of Person Administering Oath)

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.  OR

_____
(Signature of Complaining Witness)
(Date)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons

[ ] NO  _____
(Signature of Judicial Officer)

[ ] YES  [ ] NO  _____
(Signature of Judge)

The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

### YOU ARE HEREBY SUMMONED TO APPEAR

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | Month 3 | Day 3 | Year 06 | Time 9 00 | AM PM |
|---|---|---|---|---|---|---|

2/22/06 _____
(Date Summons Issued)   (Signature of Person Issuing Summons)
Complaint-Summons

SF-1 (12-03)

## Left Form

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton and Allwood Ave. Clifton, NJ 07013 |
|---|---|---|---|
| 1602 | | | |

### The State of New Jersey
vs.

Defendant's Name: **Myrna Tagayun**
Address: **1799 Main ave Clifton Suites**

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License #

STATE OF NEW JERSEY
COUNTY OF **PASSAIC** )ss:

Complaining Witness: **Russomanno** (Name)
**Housins** (Identify Dept./Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge and belief, the named defendant on or about the

Month **5** Day **10** Year **06** Time

in **CLIFTON** County of **PASSAIC** N.J. did commit the following offense: **Abandoned - unregistered ~~operation~~ of vehicle**

in violation of (one charge only) **461-13.18.10** (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE: **57-59 Prospect st.**

OATH: Subscribed and sworn to before me this ___ day of ___ yr ___

(Signature of Complaining Witness)

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

(Signature of Person Administering Oath)   (Date)
(Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.
YES / NO (Signature of Judicial Officer)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO (Signature of Judge)

### YOU ARE HEREBY SUMMONED TO APPEAR
### NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED | COURT DATE Mo **06** Day **06** Time **9 00** AM/PM

**5/18/06** (Date Summons Issued)
(Signature of Person Issuing Summons)

Complaint-Summons                    SF-1 (12-03)

## Right Form

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton and Allwood Ave. Clifton, NJ 07013 |
|---|---|---|---|
| 1602 | | | |

### The State of New Jersey
vs.

Defendant's Name: **Myrna Tagayun**
Address: **1799 Main ave Clifton Suites**

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License #

STATE OF NEW JERSEY
COUNTY OF **PASSAIC** )ss:

Complaining Witness: **Russomanno** (Name)
**Housins** (Identify Dept./Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge and belief, the named defendant on or about the

Month **5** Day **10** Year **06** Time

in **CLIFTON** County of **PASSAIC** N.J. did commit the following offense: **Trim Back tree branches away from structure 273-12-C St Prospect st.**

in violation of (one charge only) **273-12-C St** (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE: **59 Prospect st**

OATH: Subscribed and sworn to before me this ___ day of ___ yr ___

(Signature of Complaining Witness)

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

(Signature of Person Administering Oath)   (Date)
(Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of this Complaint-Summons.
YES / NO (Signature of Judicial Officer)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

YES / NO (Signature of Judge)

### YOU ARE HEREBY SUMMONED TO APPEAR
### NOTICE TO APPEAR

☐ COURT APPEARANCE REQUIRED | COURT DATE Mo **10** Day **06** Time **9 00** AM/PM

**5/18/06** (Date Summons Issued)
(Signature of Person Issuing Summons)

Complaint-Summons                    SF-1 (12-03)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SO | 011210 | Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First _Myrna Tagayun_ Last

171 Main ave Clifton Suite 5

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |

Driver's License #

| | | State | Exp. Date |

STATE OF NEW JERSEY
COUNTY OF _PASSAIC_ }SS:

Complaining Witness _Russomanno_ (Name)

of _Housing_ (Identify Dept/Agency Represented) (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her information and belief, the
above named defendant on or about the _3 / 1 / 06_

| Month | Day | Year | Time |

in _CLIFTON_ County of _PASSAIC_ N.J.

did commit the following offense: _Remove trip_
_Hazard_ (DESCRIPTION OF OFFENSE) _on front walkway_

In violation of (one charge only) _273-12(u)_ (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE _34 Prospect st_

OATH: Subscribed and sworn to before me, CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

this _10_ day of _J_ yr _06_

(Signature of Complaining Witness)

_____ (Date)

(Signature of Administering Court Officer) (Signature of Complaining Witness)

### PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS

Probable cause is found for the issuance of the attached Summons.

| YES | | The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |
| NO | (Signature of Judicial Officer) | |

| YES | |
| NO | (Signature of Judge) |

### YOU ARE HEREBY SUMMONED TO APPEAR

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | 7 | 70 | 06 | 9 | 20 | AM PM |

_5/18/06_
(Date Summons Issued)

(Signature of Person Issuing Summons)

Complaint-Summons

SF-1 (12-05)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 011220 | 900 Clifton Ave. Clifton, NJ 07013 |

## The State of New Jersey
### vs.

Defendant's Name: First *Myrna* Initial *Tacayun* Last

Address: *1971 Main Ave. Clifton Suite 5*

| State | Zip Code | Telephone | SOCIAL SECURITY NUMBER |
|---|---|---|---|

| Birth Date: | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License #

| | | | | | | | | | State | Exp. Date |
|---|---|---|---|---|---|---|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF PASSAIC                                                          SS:

Complaining Witness: *Russomanno*
(Name)

of *Housing*
(Identify Dept/Agency Represented)    (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge and information and belief, the
above named defendant on or about the

| | Month | Day | Year | Time |
|---|---|---|---|---|

in CLIFTON                                    County of PASSAIC        N.J.

did commit the following offense: *Parking on lawn*

(DESCRIPTION OF OFFENSE)

*461-60 J*

in violation of (one charge only)                (Statute, Regulation or Ordinance Number)

LOCATION OF OFFENSE  *51 Prospect St.*

OATH: Subscribed and sworn to before me
this _18_ day of ____, yr ___

_____  **OR**
(Signature of Complaining Witness)

CERTIFICATION: I certify that the fore-
going statements made by me are true. I am
aware that if any of the foregoing state-
ments made by me are willfully false, I am
subject to punishment.

_____           _____
(Signature of Person Administering Oath)    (Date)

_____
(Signature of Complaining Witness)

Probable cause is found for the issuance of
this Complaint-Summons.

| YES | _____ | | The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons. |
|---|---|---|---|
| NO | (Signature of Judicial Officer) | | |

| YES | |
|---|---|
| NO | (Signature of Judge) |

## YOU ARE HEREBY SUMMONED TO APPEAR

### NOTICE TO APPEAR

| COURT APPEARANCE REQUIRED | COURT DATE | | | |
|---|---|---|---|---|

_____        _____
(Date Summons Issued)          (Signature of Person Issuing Summons)

Complaint-Summons                                          SF-1 (12-05)

| COURT I.D. | PREFIX | COMPLAINT NUMBER | Municipal Court of Clifton |
|---|---|---|---|
| 1602 | SC | 011221 | 900 Clifton Ave. |
| | | | Clifton, NJ 07013 |

**The State of New Jersey**
**vs.**

Defendant's Name: First _Miyong_ Initial _Tacayun_ Last

Address _Tiger Mountain ave Clifton Suite 5_

| State | Zip Code | Telephone | |
|---|---|---|---|

| Birth Date | Mo. | Day | Yr. | Sex | Eyes | Height | Restrictions |
|---|---|---|---|---|---|---|---|

Driver's License #

| | | State | Exp. Date |
|---|---|---|---|

STATE OF NEW JERSEY
COUNTY OF _PASSAIC_ } ss:

Complaining Witness _Russomenico_ (Name)

of _Housing_ (Identify Dept/Agency Represented)   (Badge No.)

Residing at

by certification or on oath, says that to the best of his/her knowledge or information and belief, the above named defendant on or about the _Month_ _Day_ _Year_ _Time_

in _CLIFTON_ _1998_ County of _PASSAIC_ N.J.

did commit the following offense: _Repair_

_Driveway Permit etc_

_273-11 (K)_

In violation of (one charge only) _(Statute, Regulation or Ordinance Number)_

LOCATION OF OFFENSE _3F 59 Propet st_

OATH: Subscribed and sworn to before me this _18_ day of _5_, yr _06_

(Signature of Complaining Witness)

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

OR

(Signature of Oath Administering Only)   (Date)

(Signature of Complaining Witness)

PROBABLE CAUSE DETERMINATION FOR ISSUANCE OF PROCESS
COMPLAINT-SUMMONS   COMPLAINT-WARRANT

Probable cause is found for the issuance of this Complaint-Summons.

NO (Signature of Judicial Officer)

YES

NO (Signature of Judge)

☐ The complaining witness is a law enforcement officer and a judicial probable cause determination is not required prior to the issuance of this Complaint-Summons.

**YOU ARE HEREBY SUMMONED TO APPEAR**

**NOTICE TO APPEAR**

| COURT APPEARANCE REQUIRED | COURT DATE | Month | Day | Year | Time |
|---|---|---|---|---|---|
| ☐ | | 9 | 10 | 06 | 9 00 |

_5/18/06_

(Date Complaint Issued)   (Signature of Person Issuing Summons)

Complaint-Summons   3F-1 (12-05)

**EXHIBIT B**

CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006 - 05:30 PM
                        ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.

COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.

SC 2006 010601

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.**
**Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ  07506.**

Status Conference

STATE V. MYRNA  TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM - 4:00PM



CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006--05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 03/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.       COMPLAINT NO.       COMPLAINT NO.

SC 2006 010602       COMPLAINT NO.       COMPLAINT NO.

This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.
Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.

status conference

STATE V. MYRNA TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM   4:00PM




CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006-- 05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.

SC  2006 011217      SC  2006 011220
SC  2006 011218      SC  2006 011221
SC  2006 011219

*status conference.*

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.
Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ  07506.**

STATE V. MYRNA  TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM - 4:00PM



CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006 - 05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.        COMPLAINT NO.

SC 2006 010603

**This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.**
**Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.**

Status conference

CRIL V. MYRNA    TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5358
8:30AM - 4:00PM



CHANGE IN COURT DATE

NEW COURT DATE - 09/07/2006---05:30 PM
ROOM - 0001
JUDGE - SCOTT J BENNION
DATE OF NOTICE - 08/14/2006

NOTICE GENERATED BY: JUAXP3
DEFENDANT COPY

YOU ARE HEREBY NOTIFIED THAT THE COURT MATTERS(S), LISTED BELOW
HAS BEEN RESCHEDULED FOR 05:30 PM ON 09/07/2006 IN COURT ROOM 0001.

COMPLAINT NO.          COMPLAINT NO.          COMPLAINT NO.

SC 2006 011229          COMPLAINT NO.          COMPLAINT NO.

This is a Clifton case being heard in Hawthorne Municipal Court on the above date and time.
Hawthorne Municipal Court is located at 445 Lafayette Avenue, Hawthorne, NJ 07506.

*Status conference.*

TITLE V. MYRNA  TAGAYUN

BY ORDER OF THE JUDGE
SCOTT J BENNION

TELEPHONE: 973-470-5858
8:30AM - 4:00PM

**EXHIBIT C**

# MUNICIPAL COURT

## Borough of Hawthorne

445 Lafayette Ave.
Hawthorne, NJ 07506
(973) 427-4767
*John F. Meola, Judge*
*Christine Oravetz, C.M.C.A.*
*Joyce Comerro, Deputy Court Administrator*

February 1, 2008

Myrna Tagayun
1360 Clifton Avenue # 275
Clifton, New Jersey 07012

Re: State vs. Myrna Tagayun
Complaint # SC-010601, SC-010602, SC-010603, SC-011217, SC-011218, SC-011219,
SC-011220, SC-011221, SC-011229
(CHANGE OF VENUE FROM CLIFTON)

Dear Ms. Tagayun,

　　　Please be advised that the court matters listed above have been scheduled for
**Thursday, February 14, 2008 at 4:00Pm.**

Very truly yours,

*Christine Oravetz*

Christine Oravetz, CMCA

# MUNICIPAL COURT
## Borough of Hawthorne
445 Lafayette Ave.
Hawthorne, NJ 07506
<u>(973) 427-4767</u>
*John F. Meola, Judge*
*Christine Oravetz, C.M.C.A.*
*Joyce Comerro, Deputy Court Administrator*

*February14, 2008*

Myrna Tagayun
1360 Clifton Avenue # 275
Clifton, New Jersey 07012

Re: State vs. Myrna Tagayun
Complaint #  SC-010601, SC-010602, SC-010603, SC-011217, SC-011218, SC-011219, SC-011220, SC-011221, SC-011229

Dear Ms. Tagayun,

    Please be advised that the court matters listed above have been rescheduled for **Thursday, March 27, 2008 at 4:00Pm.**

Very truly yours,

Christine Oravetz, CMCA