UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRNA B. TAGUYUN and ROBERT S. MANDELL<br><br>Plaintiffs,<br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORP. a/k/a "FREDDIE MAC", et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 08-CV-00476 (JR)<br>)<br>) **MOTION FOR PRO HAC VICE**<br>)<br>)<br>)<br>) |

MOTION PURSUANT TO LOCAL DISTRICT COURT
RULE 83.2 (d) FOR ADMISSION ***PRO HAC VICE***

Donald C. Weinberg, Esq. (D.C. Bar #956839) (the "Movant"), a member in good standing of the Bars of the District of Columbia Bar and United States District Court for the District of Columbia, respectfully moves the Court to enter an Order permitting David T. Pfund, Esq. of Reiseman, Rosenberg & Pfund, P.C., to practice pro *hac vice* before the United States District Court for the District of Columbia. In support of this motion, the Movant respectfully represents as follows:

(1)     David T. Pfund is a member of the law firm of Reiseman, Rosenberg & Pfund, P.C., 201 Littleton Road, Morris Plains, New Jersey 07950; (973) 206-2501;

(2)     Mr. Pfund is admitted to practice before among others, the United States District Court for the District of New Jersey and is a member in good standing of the New Jersey Bar and advises that he has not been the subject of any disciplinary action by the Bar.

(3)     Attached hereto is a declaration executed by Mr. Pfund;

(4)     The Movant requests that this Court allow this Motion so that Mr. Pfund may file pleadings and appear and be heard at any hearing in this proceeding; and

(5)     Because the authorities relied upon for the instant motion are set forth

herein, Plaintiff respectfully requests that this Honorable Court waive the requirement of a written memorandum pursuant to Local Rule 7. 1,

WHEREFORE, the Movant respectfully requests this Court to enter an Order permitting David Pfund to appear in this proceeding.

    Respectfully submitted,

    By: __/s/_____
    Donald C. Weinberg, Esq. (D.C. Bar #956839)
    DOMBROFF, GILMORE, JAQUES & FRENCH
    1676 International Drive
    Penthouse, McLean, Virginia 22102
    Ph: 703-336-8717
    Fax: 703-336-8750
    Counsel for the Defendants Borough of Hawthorne,
    Municipal Court for the Borough of Hawthorne, and
    Judge John F. Meola

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRNA B. TAGUYUN and ROBERT S. MANDELL,<br><br>　　　　Plaintiffs,<br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORP-. a/k/a "FREDDIE MAC", et al.<br><br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 08-CV-00476 (JR)<br> ) <br> ) **DECLARATION OF**<br> ) **DAVID T. PFUND, ESQ.**<br> ) <br> ) <br> ) |

DECLARATION OF DAVID T. PFUND, ESQ.

I, **DAVID T. PFUND, ESQ.**, hereby request permission to appear pro hac vice on behalf of Defendants Borough of Hawthorne, Municipal Court of the Borough of Hawthorne and Judge John Meola in the above referenced matter.

1. My office address and telephone numbers are as follows:

   Office Address:        Reiseman, Rosenberg & Pfund, P.C.
                          201 Littleton Road
                          P.O. Box 513
                          Morris Plains, NJ 07950-0513
   Office Telephone No.   973-206-2500

2. I am admitted to practice in the following courts and I have never been disciplined by any bar.

| Court | Date of Admission |
|---|---|
| New York Court of Appeals | February, 1992 |
| New Jersey Superior Court | December, 1991 |
| District Court of New Jersey | January 2, 1992 |
| Eastern District of New York | October 6, 2000 |
| Northern District of New York | May 20, 2003 |
| Southern District of New York | March 17, 1998 |

3. My firm does not maintain an office for the practice of law within the District of Columbia and I have never been admitted pro hac vice to this Court.

4. I make the foregoing statements under penalty of perjury.

_____
DAVID T. PFUND, ESQ.

Dated: May 13, 2008

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRNA B. TAGUYUN and ROBERT S. MANDELL | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CIVIL ACTION NO. 08-CV-00476 (JR) ) |
| FEDERAL HOME LOAN MORTGAGE COPR. a/k/a "FREDDIE MAC" et al. | ) ) ) CERTIFICATE OF SERVICE |
| Defendants. | ) ) ) |

     I hereby certify that true and correct copies of the foregoing Motion to Pro Hac Vice with attachments, proposed Orders, and any Notice of Electronic Filing were deposited in the U.S. Mail, first class, postage prepaid, on May 13, 2008 to:

Myrna B. Taguyun
Robert S. Mandell
1360 Clifton Avenue, Suite 275
Clifton, NJ 07012

Federal Home Loan Mortgage Corporation aka "Freddie Mac"
401 9th Street, N.W.
Washington, D.C. 20004

Bank of America, N.A.
101 S. Tryon Street
Charlotte, NC 28255

State of New Jersey
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625

City of Clifton, New Jersey
900 Clifton Avenue
Clifton, New Jersey 07013

Municipal Court
City of Clifton, New Jersey
900 Clifton Avenue
Clifton, New Jersey  07013

Scott Bennion, Judge
Municipal Court of the City of Clifton, New Jersey
900 Clifton Avenue
Clifton, NJ  07013

                    By: __/s/_____
                         Donald C. Weinberg, Esq. (D.C. Bar #956839)
                         Dombroff Gilmore Jaques & French
                         1676 International Drive – Penthouse
                         Phone: 703-336-8800
                         Fax: 703-336-8750
                         dweinberg@dglitigators.com
                         Counsel for Defendants Borough of Hawthorne, Municipal
                         Court of Borough of Hawthorne, and Judge F. Meola

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRNA B. TAGUYUN and ROBERT S. MANDELL,<br><br>Plaintiffs,<br><br>vs.<br><br>FEDERAL HOME LOAN MORTGAGE CORP. a/k/a "FREDDIE MAC", et al.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) CIVIL ACTION NO. 08-CV-00476 (JR)<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER AUTHORIZING PRO HAC VICE ADMISSION**

Upon the Motion of Donald C. Weinberg, a member in good standing of the Bars of the District of Columbia and United States District Court for the District of Columbia, seeking the entry of an Order permitting David T. Pfund, Esq. of Reiseman, Rosenberg & Pfund, P.C., to practice *pro hac vice* before the United States District Court for the District of Columbia and to represent Defendants Borough of Hawthorne, Municipal Court, Borough of Hawthorne and Judge John Meola in this proceeding, therefore;

IT IS on this _____ day of May, 2008;

ORDERED, that David T. Pfund, Esq. of Reiseman, Rosenberg & Pfund, P.C., which maintains an office at 201 Littleton Road, Morris Plains, New Jersey, be and hereby is granted admission to appear *pro hac vice* in this proceeding with Donald C. Weinberg and Dombroff Gilmore Jaques & French, P.C.

_____<br>
UNITED STATES DISTRICT JUDGE

COPIES TO:

Myrna B. Taguyun
Robert S. Mandell
1360 Clifton Avenue, Suite 275
Clifton, NJ 07012

Federal Home Loan Mortgage Corporation aka "Freddie Mac"
401 9th Street, N.W.
Washington, D.C. 20004

Bank of America, N.A.
101 S. Tryon Street
Charlotte, NC 28255

State of New Jersey
Office of the Attorney General
P.O. Box 080
Trenton, NJ 08625

City of Clifton, New Jersey
900 Clifton Avenue
Clifton, New Jersey 07013

Municipal Court of the City of Clifton, New Jersey
900 Clifton Avenue
Clifton, New Jersey 07013

Scott Bennion, Judge
Municipal Court of the City of Clifton, New Jersey
900 Clifton Avenue
Clifton, NJ 07013

Donald C. Weinberg, Esq.
Dombroff Gilmore Jaques & French
1676 International Drive – Penthouse
McLean, VA 22102
Attorneys for Defendants Borough of Hawthorne,
Municipal Court for the Borough of Hawthorne,
and Judge John F. Meola

David Pfund, Esq.
Mary McDonnell, Esq.
Reiseman, Rosenberg & Pfund
201 Littleton Road
Morris Plains, NJ 07950-0513
Attorneys for Defendants Borough of Hawthorne,
Municipal Court for the Borough of Hawthorne,
and Judge John F. Meola