UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRNA B. TAGAYUN, *et al.*,  :
        Plaintiffs,  :
    v.  :  Civil Action No. 08-0476 (JR)
FEDERAL HOME LOAN MORTGAGE  :
CORPORATION a/k/a Freddie Mac,  :
*et al.*,  :
        Defendants.  :

### ORDER

Pending before the Court are defendants' motion to dismiss and defendants' motion for the *pro hac vice* appearance of David T. Pfund.

Because plaintiffs are proceeding *pro se*, the Court hereby advises plaintiffs of their obligations under the Federal Rules of Civil Procedure and the local rules of this Court.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509.

Accordingly, it is,

**ORDERED** that plaintiffs shall respond to defendants' motion to dismiss [Dkt. # 3] on or before June 20, 2008. If

plaintiffs fail to file a timely response, the Court may treat defendants' motion as conceded and dismiss the complaint; it is also

      **ORDERED** that leave to appear *pro hac vice* [4] <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.

                                     JAMES ROBERTSON
                            United States District Judge