AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

MYRNA B. TAGAYUN, ET AL.,

**SUMMONS IN A CIVIL CASE**

V.

FEDERAL HOME LOAN MORTGAGE
CORPORATION, ET AL.,

CASE NUMBER:   08-476 JR

TO: (Name and address of Defendant)

JUDGE JOHN F. MEOLA
MUNICIPAL COURT, HAWTHORNE NJ
455 Lafayette Avenue
Hawthorne, New Jersey 07506

Pro Se

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ (name and address)

Pro Se Plaintiffs: Myrna B. Tagayun and Robert S. Mandell
                   1360 Clifton Avenue
                   Apartment 275
                   Clifton, New Jersey  07012

an answer to the amended complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the amended complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                              4/11/08

RECEIVED

CLERK                                                DATE

T. Davis

(By) DEPUTY CLERK

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE 4-14-08 at 3:00PM |
| NAME OF SERVER (PRINT) Michael Melillo Sr. | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

**XX** ☐ Served personally upon the defendant. Place where served: Judge John F. Meola, Municipal Court, Hawthorne, N.J., ~~455~~ 445 Lafayette Ave., Hawthorne, NJ 07506, Accepted By Joyce Comerro, Clerk

☑ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Joyce Comerro

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4-14-08
              Date

Signature of Server

47 Bloomfield Ave.
Caldwell, N.J. 07006
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**THE only Source For Legal Support**

Please Remit Payment to: 47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403-9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 456919 |

**BILL TO:** ROBERT MANDELL
ROBERT S. MANDELL
1360 CLIFTON AVE., #275
CLIFTON NJ 07013

**CLIENT FILE #:** TAGAYUN VS. FEDERAL HOME
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** MAN12
**ORDERED BY:** ROBERT MANDELL
**SERVICE DATE:** 04/14/08

**CASE TITLE:** TAGAYUN VS. FEDERAL HOME LOAN
**CASE #:** 08-476 JR
**REFERENCE:** TAGAYUN VS. FEDERAL HOME TAGAYUN VS. FEDERAL HOME LO

### SERVICE INFORMATION

**SERVICE TO:** JUDGE JOHN F. MEOLA
MUNICIPAL COURT, HAWTHORNE, NJ
455 LAFAYETTE AVE.
HAWTHORNE NJ 07506

### REPORT

### BILLING INFORMATION

| | |
|---|---|
| PROCESS SERVICE | 60.00 |
| RUSH SERVICE | 25.00 |

**RECEIVED**
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**BILLING DATE:** 04/14/08   **TOTAL AMOUNT DUE >>>>**   85.00

Note:   1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR

Please charge invoice #456919 to my: AMEX _____  VISA _____  MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____