AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Myrna B. Tagayun;
Robert S. Mandell

        Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

Federal Home Loan Mortgage Corporation
a/k/a "Freddie Mac"; Bank of America, N.A.;
State of New Jersey; City of Clifton, New
Jersey; Borough of Hawthorne, New Jersey

CASE NI

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Borough of Hawthorne, New Jersey
Att: City Clerk
Municipal Building
445 Lafayette Avenue
Hawthorne, New Jersey 07506

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *pro se* (name and address)

Myrna Tagayun & Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012

PRO SE PLAINTIFFS

an answer to the complaint which is served on you with this summons, within __--20--__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

DEPUTY CLERK

MAR 2 0 2008

DATE

**RECEIVED**

JUN 2 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 3/24/08 1:25 pm |
| NAME OF SERVER (PRINT) Carlos Rodriguez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Borough of Hawthorne, New Jersey Attn: Boro Clerk, 445 Lafayette Ave, Hawthorne, NJ. Accepted By Cherylynn Elvin.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08         _Carlos Rodriguez_
                  Date              Signature of Server

47 Bloomfield Ave.
Caldwell, NJ 07006
Address of Server

RECEIVED
JUN 20 2008
NANCY MAYER WHITTINGTON
U.S. DISTRICT COURT CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

Myrna B. Tagayun;
Robert S. Mandell

        Plaintiffs

    V.

Federal Home Loan Mortgage Corporation
a/k/a "Freddie Mac"; Bank of America, N.A.;
State of New Jersey; City of Clifton, New
Jersey; Borough of Hawthorne, New Jersey

**SUMMONS IN A CIVIL CASE**

CASE N[~~~]

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

Borough of Hawthorne, New Jersey
Att: City Clerk
Municipal Building
445 Lafayette Avenue
Hawthorne, New Jersey 07506

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~[redacted]~~ *pro se* (name and address)

Myrna Tagayun & Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012

PRO SE PLAINTIFFS

an answer to the complaint which is served on you with this summons, within --20-- _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

*[signature]*

BY DEPUTY CLERK

MAR 20 2008

DATE

RECEIVED
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | 3/24/08  1:20 pm |
| NAME OF SERVER (PRINT)  Carlos Rodriguez | TITLE  Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Borough of Hawthorne, New Jersey, Attn: Clerk of the Municipal Court, 445 Lafayette Ave., Hawthorne, NJ; Accepted By Clerk, would not give Name, 50 yrs, 5'-7", 135 LBS, Dark Brown Hair, F, White.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
                   Date

Signature of Server: Carlos Rodriguez

Address of Server:
47 Bloomfield Ave.
Caldwell, NJ 07006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**DGR** — THE *only* Source For Legal Support

Please Remit Payment to: 47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403- 9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 450694 |

**BILL TO:** ROBERT MANDELL
ROBERT S. MANDELL
1360 CLIFTON AVE., #275
CLIFTON NJ 07013

**CLIENT FILE #:** MANDELL VS. FEDERAL HOME
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** MAN12
**ORDERED BY:** ROBERT MANDELL
**SERVICE DATE:** 03/24/08

**CASE TITLE:** MANDELL VS. FEDERAL HOME LAON
**CASE #:** 1:08-cv-00476
**REFERENCE:** MANDELL VS. FEDERAL HOME MANDELL VS. FEDERAL HOME LA

### SERVICE INFORMATION

**SERVICE TO:** BOROUGH OF HAWTHORNE,
NEW JERSEY
ATTN.: CLERK OF THE MUNICIPAL COURT
MUNICIPAL BUILDING
445 LAFAYETTE AVE.
HAWTHORNE NJ 07506

### REPORT

### BILLING INFORMATION

| | |
|---|---|
| PAYMENT RECEIVED - 03/25/08 | 25.00- |
| PROCESS SERVICE | .00 |
| ADDITIONAL SERVICE AT THE SAME ADDRESS | 25.00 |
| RUSH SERVICE | .00 |
| NO CHARGE FOR RUSH | .00 |
| PRE-PAID $25.00, CASH | .00 |

**RECEIVED JUN 20 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

**BILLING DATE:** 03/24/08      **TOTAL AMOUNT DUE >>>>**  .00

Note:    1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR

Please charge invoice #450694 to my: AMEX _____ VISA _____ MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____



**THE only Source For Legal Support**

Please Remit Payment to: 47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403-9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 450693 |

**BILL TO:** ROBERT MANDELL
ROBERT S. MANDELL
1360 CLIFTON AVE., #275
CLIFTON NJ 07013

**CLIENT FILE #:** MANDELL VS. FEDERAL HOME
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** MAN12

**ORDERED BY:** ROBERT MANDELL
**SERVICE DATE:** 03/24/08

**CASE TITLE:** MANDELL VS. FEDERAL HOME LAON
**CASE #:** 1:08-cv-00476
**REFERENCE:** MANDELL VS. FEDERAL HOME MANDELL VS. FEDERAL HOME LA

## SERVICE INFORMATION

**SERVICE TO:** BOROUGH OF HAWTHORNE,
NEW JERSEY
ATTN.: BORO CLERK
MUNICIPAL BUILDING
445 LAFAYETTE AVE.
HAWTHORNE NJ 07506

### REPORT

### BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 03/25/08 | 85.00- |
| PROCESS SERVICE | 60.00 |
| RUSH SERVICE | 25.00 |
| PRE-PAID $85.00, CASH | .00 |

| BILLING DATE: | 03/24/08 | TOTAL AMOUNT DUE >>>> | .00 |
|---|---|---|---|

Note: 1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR

Please charge invoice #450693 to my: AMEX _____ VISA _____ MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____