AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Myrna B. Tagayun;
Robert S. Mandell

      Plaintiffs

    V.

Federal Home Loan Mortgage Corporation
a/k/a "Freddie Mac"; Bank of America, N.A.;
State of New Jersey; City of Clifton, New
Jersey; Borough of Hawthorne, New Jersey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

City of Clifton, New Jersey
Attn: City Clerk
Municipal Complex
900 Clifton Avenue
Clifton, New Jersey 07013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Myrna Tagayun & Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012

PRO SE PLAINTIFFS

an answer to the complaint which is served on you with this summons, within __--20--__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

By DEPUTY CLERK

MAR 20 2008
DATE

RECEIVED
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/24/08 2:25 PM |
| NAME OF SERVER *(PRINT)* Carlos Rodriguez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City of Clifton, New Jersey, Attn. Clerk of the Municipal Court, 900 Clifton Ave., Clifton, N.J., Accepted By Dorothy Marnio.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08
                     Date

Signature of Server: *Carlos Rodriguez*

Address of Server: 47 Bloomfield Ave., Caldwell, N.J. 07006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Myrna B. Tagayun;
Robert S. Mandell

       Plaintiffs

          V.

Federal Home Loan Mortgage Corporation
a/k/a "Freddie Mac"; Bank of America, N.A.;
State of New Jersey; City of Clifton, New
Jersey; Borough of Hawthorne, New Jersey

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

Case: 1:08-cv-00476
Assigned To : Robertson, James
Assign. Date : 3/20/2008
Description: Pro Se General Civil

TO: (Name and address of Defendant)

City of Clifton, New Jersey
Attn: City Clerk
Municipal Complex
900 Clifton Avenue
Clifton, New Jersey 07013

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Myrna Tagayun & Robert S. Mandell
1360 Clifton Avenue, #275
Clifton, New Jersey 07012

PRO SE PLAINTIFFS

an answer to the complaint which is served on you with this summons, within  --20--  _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

_____
DEPUTY CLERK

MAR 20 2008
DATE

RECEIVED
JUN 2 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE March 24, 2008  2:10 pm |
| NAME OF SERVER (PRINT) Carlos Rodriguez | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: City of Clifton, New Jersey, attn: City Clerk, 900 Clifton Ave; Clifton NJ. Accepted By Barbara J Nagy

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/24/08              Carlos Rodriguez
              Date                  Signature of Server

47 Bloomfield Ave.
Caldwell, NJ 07006
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**THE Source For Legal Support** *only*

Please Remit Payment to: 47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403- 9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 450691 |

**CLIENT FILE #:** MANDELL VS. FEDERAL HOME
**SERVICE TYPE:** PROCESS SERVICE
**CLIENT #:** MAN12

**BILL TO:** ROBERT MANDELL
ROBERT S. MANDELL
1360 CLIFTON AVE., #275
CLIFTON NJ 07013

**ORDERED BY:** ROBERT MANDELL
**SERVICE DATE:** 03/24/08

**CASE TITLE:** MANDELL VS. FEDERAL HOME LAON
**CASE #:** 1:08-cv-00476
**REFERENCE:** MANDELL VS. FEDERAL HOME MANDELL VS. FEDERAL HOME LA

### SERVICE INFORMATION

**SERVICE TO:** CITY OF CLIFTON, NEW JERSEY
ATTN.: CITY CLERK
MUNICIPAL COMPLEX
900 CLIFTON AVE.
CLIFTON NJ 07013

### REPORT

### BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 03/25/08 | 85.00- |
| PROCESS SERVICE | 60.00 |
| RUSH SERVICE | 25.00 |
| PRE-PAID $85.00, CASH | .00 |

**RECEIVED JUN 2 0 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT**

| **BILLING DATE:** | 03/24/08 | **TOTAL AMOUNT DUE >>>>** | .00 |
|---|---|---|---|

Note:   1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR

Please charge invoice #450691 to my:   AMEX _____   VISA _____   MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____



**THE Source For Legal Support** *only*

Please Remit Payment to: 47 Bloomfield Avenue
Caldwell, NJ 07006-5309
(973) 403-1700 ~ FAX (973) 403-9222
FED Tax# 22-2582291

# INVOICE

| INVOICE NUMBER |
|---|
| 450692 |

**CLIENT FILE #:** MANDELL VS. FEDERAL HOME
**SERVICE TYPE:** PROCESS SERVICE

**BILL TO:** ROBERT MANDELL
ROBERT S. MANDELL
1360 CLIFTON AVE., #275
CLIFTON NJ 07013

**CLIENT #:** MAN12

**ORDERED BY:** ROBERT MANDELL
**SERVICE DATE:** 03/24/08

**CASE TITLE:** MANDELL VS. FEDERAL HOME LAON
**CASE #:** 1:08-cv-00476
**REFERENCE:** MANDELL VS. FEDERAL HOME MANDELL VS. FEDERAL HOME LA

### SERVICE INFORMATION

**SERVICE TO:** CITY OF CLIFTON, NEW JERSEY
ATTN.: CLERK OF THE MUNICIPAL COURT
MUNICIPAL COMPLEX
900 CLIFTON AVE., 2ND FL.
CLIFTON NJ 07013

### REPORT

### BILLING INFORMATION

| | |
|---|---:|
| PAYMENT RECEIVED - 03/25/08 | 25.00- |
| PROCESS SERVICE | .00 |
| ADDITIONAL SERVICE AT THE SAME ADDRESS | 25.00 |
| RUSH SERVICE | .00 |
| NO CHARGE FOR RUSH | .00 |
| PRE-PAID $25.00, CASH | .00 |

RECEIVED JUN 20 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

**BILLING DATE:** 03/24/08   **TOTAL AMOUNT DUE >>>>**   .00

Note: 1.5% interest per month (18% Annually) will accrue on accounts not paid within 30 days. Please include the invoice number with remittance. All invoices are considered correct if not disputed within five business days to DGR

Please charge invoice #450692 to my: AMEX _____ VISA _____ MASTERCARD _____

Card #: _____   Exp. Date: _____

Name on Card: _____   Signature: _____