UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRNA B. TAGAYUN, *et al.*,             :
                                        :
       Plaintiffs,                  :
                                        :
    v.                              : Civil Action No. 08-0476 (JR)
                                        :
FEDERAL HOME LOAN MORTGAGE              :
CORPORATION a/k/a Freddie Mac,          :
*et al.*,                               :
                                        :
       Defendants.                  :

### ORDER

As this Court obviously lacks personal jurisdiction over the municipal entities that have moved to dismiss or transfer, and as none of the other named defendants has been served or appeared, it is **ORDERED** that the motion to transfer of Municipal Court of the City of Hawthorne, New Jersey, et al. [#3] is **granted**, and that this case is **transferred** to the District of New Jersey.

                                      JAMES ROBERTSON
                            United States District Judge